**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000815
09-SEP-2013
09:24 AM**

NO. CAAP-11-0000815

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

Civil No. 08-1-0229

MST CONSTRUCTORS, INC., a Texas corporation,
Plaintiff-Appellee,
v.
SWINERTON BUILDERS NORTHWEST, INC., a Delaware corporation;
FIDELITY AND DEPOSIT COMPANY OF MARYLAND,
a Maryland corporation, Defendants-Appellees,

and

DOE DEFENDANTS 1-5, Defendants.

------------------------------------------

Civil No. 08-1-1817

ALOHA/KING LLC, a Mississippi limited liability company,
Plaintiff-Appellee,
v.
MST CONSTRUCTORS, INC., a Texas corporation; SWINERTON
BUILDERS NORTHWEST, INC., a Delaware corporation; FIDELITY
AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation;
SAFECO FIRST NATIONAL INSURANCE COMPANY OF AMERICA,
a Washington corporation, Defendants-Appellees,

and

JOHN DOES 1-20; DOE ENTITIES 1-20; and
DOE GOVERNMENTAL UNITS 1-20, Defendants.

------------------------------------------

Civil No. 08-1-2049

MST CONSTRUCTORS, INC., a Texas corporation,
Plaintiff-Appellee,
v.
BRUCE JORDAN,
Defendant-Appellant,
and
ALOHA/KING LLC, a Mississippi limited liability company;
BENNETT YORK; KING STORAGE LLC, Defendants-Appellees,
and
DOE CORPORATION 1-5; DOE LIMITED LIABILITY COMPANIES 1-5;
JOHN DOES 1-5; JANE DOES 1-5, Defendants.


MST CONSTRUCTORS, INC., a Texas corporation,
Third-Party Plaintiff-Appellee,
v.
EAST BAY CONSULTING, INC., a California corporation;
K. MASONRY, INC., a Hawaii corporation; RELIABLE FIRE PROTECTION,
INC., a Hawaii corporation; ADVANCE ROOFING TECHNOLOGIES, INC.,
dba ADVANCED ROOFING AND SHEET METAL, an Oregon corporation;
EARL'S PAINTING & WALL COVERING, INC., a Hawaii corporation;
SPECCHIO VETRO, INC., dba REFLECTIONS GLASS, a Hawaii
corporation, Third-Party Defendants-Appellees,
and
JOHN DOES 1-5; DOE CORPORATIONS 1-5; DOE PARTNERSHIPS 1-5;
and DOE GOVERNMENTAL ENTITIES 1-5, Third-Party Defendants.


------------------------------------------


CIVIL NO. 09-1-1769

TNT PLASTERING & STUCCO, INC., a Hawaii corporation,
Plaintiff-Appellee,
v.
ALOHA/KING, L.L.C., a Mississippi limited liability company,
MST CONSTRUCTORS, INC., a Texas corporation; KING STORAGE LLC,
Defendants-Appellees,
and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE PARTNERSHIPS 1-20; DOE ASSOCIATIONS 1-20;
DOE GOVERNMENTAL AGENCIES 1-20; DOE ENTITIES 1-20,
Defendants.


------------------------------------------

CIVIL NO. 09-1-2958

NICHE SITE CONCRETE, INC., a Hawaii corporation,
Plaintiff-Appellee,
v.
ALOHA/KING LLC, a foreign limited liability company; MST
CONSTRUCTOR, INC., a foreign profit corporation; KING STORAGE
LLC; TNT PLASTERING & STUCCO, INC., a Hawaii corporation;
JOHN DOES 1-25; JANE DOES 1-25; DOE CORPORATIONS 1-25;
and DOE ENTITIES 1-25, Defendants.

---------------------------------------

CIVIL NO. 10-1-1457

TNT PLASTERING & STUCCO, INC., a Hawaii corporation,
Plaintiff-Appellee,
v.
FIRST NATIONAL INSURANCE COMPANY OF AMERICA; JOHN DOES 1-20;
JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20;
DOE ASSOCIATIONS 1-20; DOE GOVERNMENTAL AGENCIES 1-20;
and DOE ENTITIES, Defendants-Appellees.

---------------------------------------

CIVIL NO. 09-1-2972

KING STORAGE LLC, Plaintiff-Appellee
v.
BRUCE JORDAN; ALOHA ISLAND-KING, LLC, Defendants-Appellants,
and
ALOHA/KING, LLC; BENNETT V. YORK; JOHN T. YORK; S. PAIGE
YORK-LOSEE; ALOHA/WAHIAWA, LLC; MST CONSTRUCTORS, INC.;
NICHE SITE CONCRETE, INC.; TNT PLASTERING & STUCCO, INC.;'
SWINERTON BUILDERS NORTHWEST, INC.; EAST BAY CONSTRUCTION aka
EAST BAY CONSULTING, INC.; RELIABLE FIRE PROTECTION, INC.;
K. MASONRY, INC., Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10, and
DOE GOVERNMENTAL UNITS 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

3

ORDER APPROVING STIPULATION FOR
<u>DISMISSAL OF APPEAL WITH PREJUDICE</u>
(By: Fujise, Presiding Judge, Leonard and Ginoza, JJ.)

Upon review of the Stipulation for Dismissal of Appeal with Prejudice (Stipulation for Dismissal) filed on August 30, 2013 by the parties hereto, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b) and in consideration of the record and files in this case, it is hereby ordered that the Stipulation for Dismissal is approved and this appeal is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaii, September 9, 2013.

Presiding Judge

Associate Judge

Associate Judge